UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **SAM KATZ** | Case No. 1:22-cv-00925-PAB |
| Plaintiff, | Hon. Pamela A. Barker |
| v. | Magistrate. Thomas M. Parker |
| **CrossCountry Mortgage, LLC**. | |
| Defendant, | |
| **Federal Savings Bank** | |
| Defendant, | |
| **Caliber Home Loans, Inc.** | |
| Defendant, | |
| **LoanDepot.com, LLC** | |
| Defendant, | |
| **Allied First Bank** | |
| Defendant, | |
| **Perry Johnson Mortgage Company** | |
| Defendant | |

**REO LAW, LLC**
Bryan Anthony Reo (#0097470)
P.O. Box 5100
Mentor, OH 44061
(T):  (440) 313-5893
(E):  reo@reolaw.org
*Attorney for Plaintiff Samuel Katz*

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN DEFENDANTS

NOW COMES Samuel Katz (Plaintiff), *by and through the undersigned counsel* and hereby propounds upon CrossCountry Mortgage, LLC, Inc. [also known as CrossCountry Mortgage] ("CCM"), Federal Savings Bank ("FSB"), Caliber Home Loans ("CHL"), LoanDepot.com LLC ("LD"), Allied First Bank ("AFB"), and Perry Johnson Mortgage Company ("PJMC") (collectively "Defendants") and this Honorable Court Plaintiff's Notice of Voluntary Dismissal Without Prejudice as to Certain Defendants.

Plaintiff hereby provides notice of dismissal (without prejudice) as to the following Defendants-

**Federal Savings Bank**

**Caliber Home Loans, Inc.**

**LoanDepot.com, LLC**

**Allied First Bank**

**Perry Johnson Mortgage Company**

All claims against those five Defendants are hereby dismissed, without prejudice.

Plaintiff expressly does not dismiss CrossCountry Mortgage, LLC and the claims against that Defendant remain pending.

RESPECTFULLY SUBMITTED,

/S/ BRYAN ANTHONY REO
Bryan Anthony Reo (#0097470)
Reo Law LLC

                P.O. Box 5100
                Mentor, OH 44061
                (Business): (216) 505-0811
                (Mobile): (440) 313-5893
                (E): Reo@ReoLaw.org
                    *Attorney for Plaintiff Sam Katz*

**CERTIFICATE OF SERVICE**

I, Bryan Anthony Reo, affirm that I am a Counsel to a Party to the above-captioned civil action, and on July 22, 2022, a true and accurate copy of Plaintiff's Notice of Voluntary Dismissal Without Prejudice as to Certain Defendants has been electronically filed and thus served electronically upon all parties who have appeared through counsel.

                                             /S/ BRYAN ANTHONY REO
                                             Bryan Anthony Reo
                                             P.O. Box 5100
                                             Mentor, OH 44061
                                             (P):  (440) 313-5893
                                             (E):  Reo@ReoLaw.org
                                             *Attorney for Plaintiff Sam Katz*

Dated:  July 22, 2022