# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **SAM KATZ,** | Case No. 1:22-CV-00925 |
| Plaintiff, | |
| -vs- | JUDGE PAMELA A. BARKER |
| **CROSSCOUNTRY MORTGAGE, LLC,** | JUDGMENT ENTRY |
| Defendant. | |

For the reasons stated in the Memorandum Opinion and Order filed contemporaneously herewith, Defendant's Motion to Dismiss (Doc. No. 33) is GRANTED.  Plaintiff's First Amended Complaint is dismissed with prejudice without leave to amend.   The case is hereby TERMINATED.

**IT IS SO ORDERED.**

      *s/Pamela A. Barker*
      PAMELA A. BARKER
Date:  November 15, 2022      U. S. DISTRICT JUDGE